IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-599-CR




MARTHA SALMON,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NO. 92-165, HONORABLE ROBERT T. PFEUFFER, JUDGE PRESIDING


 





PER CURIAM



 This is an appeal from a judgment of conviction for two counts of tampering with
government records. Punishment on each count was assessed at confinement for 4 years,
probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Justices Powers, Kidd and B. A. Smith]

Dismissed on Appellant's Motion

Filed: May 12, 1993

[Do Not Publish]